

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00181-CV

| | | |
|---|---|---|
| Peter Payne, Mary Beth Payne, David Howard, Oksana Howard, Melvin Harris, Donna Harris and Christina Childers | § | From the 431st District Court of |
| | § | Denton County (2012-70202-431) |
| v. | | |
| J. Baker Corporation formerly known as Little Elm/2000, Ltd., Landstar Homes Dallas, Ltd., GCS Trails of Frisco, L.P. d/b/a the Trails of Frisco Golf Club and Sun Den Frisco Investment, L.P. d/b/a The Trails of | § | May 16, 2013 |
| Frisco Golf Club | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees, J. Baker Corporation formerly known as Little Elm/2000, Ltd., Landstar Homes Dallas, Ltd., GCS Trails of Frisco, L.P. d/b/a the Trails of Frisco Golf Club and Sun Den Frisco Investment, L.P. d/b/a The Trails of Frisco Golf Club shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
    Justice Bob McCoy